# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELLE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS B. JAFFE, D.M.D., P.C. and DENNIS B. JAFFE,<br><br>    Defendants. | CIV. ACTION NO.<br>1:12-cv-02010-RWS |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Plaintiff and Defendants filed a Joint Motion for Approval of Settlement Agreement. Having reviewed the settlement agreement, this Court finds that the agreement is a reasonable compromise of the Plaintiffs' claims under the Fair Labor Standards Act. The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreement is approved and this action is dismissed WITH PREJUDICE, except that the Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994). The parties shall bear their own costs.

**SO ORDERED** this the 26th day of June, 2013.

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE